UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

HOWARD ALVIN WILCOX

    V.

MARK STRANGE

PRISONER
CIVIL 3:01cv720 (WWE)

### J U D G M E N T

This cause came on for consideration of the petition for Writ of Habeas Corpus before the Honorable Warren W. Eginton, Senior United States District Judge.

The Court has considered the petition and all the papers submitted in connection with the petition.  On September 29, 2004, the Court issued a ruling denying the petition for writ of habeas and further ruling a certificate of appealability will not issue because petitioner has not made a showing of the denial of a constitutional right.

It is therefore **ORDERED** and **ADJUDGED** that the petition for writ of habeas corpus is denied and the matter is closed.

Dated at Bridgeport, Connecticut this 4th day of October, 2004.

KEVIN F. ROWE, Clerk

By s/s Cynthia Earle

Cynthia Earle
Deputy Clerk

Entered on Docket _____